UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY WOODROME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-0365-CVE-JFJ |
| | ) |
| ASCENSION HEALTH, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 8, 2019, plaintiff Nancy Woodrome filed this case alleging that her claim for disability benefits was improperly denied by defendant Ascension Health. The parties agree that the benefits plan contains a forum selection clause requiring the parties to litigate any claim arising under the benefits plan in the United States District Court for the Eastern District of Missouri, and the benefits plan further states that plaintiff agrees to submit to the personal jurisdiction of that court. Dkt. # 6, at 1. The parties have stipulated that the forum selection clause applies and they ask the Court to transfer the case to the appropriate court. The Court has reviewed the parties' motion/stipulation (Dkt. # 6) and finds that the case should be transferred to the court selected by the parties in the forum selection clause.

**IT IS THEREFORE ORDERED** that the motion (Dkt # 6) is **granted.** The Court Clerk is directed to **transfer** this case to the United States District Court for the Eastern District of Missouri.

**DATED** this 25th day of September, 2019.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE